651 A.2d 472

IN THE MATTER OF THE APPEAL OF ADOPTION OF N.J.A.C. 5:25A–1.1, ET SEQ. BY THE NEW JERSEY DEPARTMENT OF COMMUNITY AFFAIRS, DIVISION OF HOUSING AND DEVELOPMENT.

December 9, 1994.

## ORDER

The parties having stipulated to a dismissal of this matter, it is ORDERED that the petition for certification is dismissed.